# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE HILL, JR. | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| MARTIN O'MALLEY, | * | No. 3:23-cv-00231-JJV |
| Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 15th day of April 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE